**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-1983**

CHRISTOPHER JONAS BROOKS,

Plaintiff - Appellant,

v.

ASHEVILLE DETOX LLC; HEALTHCARE ALLIENCE NORTH AMERICA,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Max O. Cogburn, Jr., District Judge.  (1:25-cv-00058-MOC-WCM)

Submitted:  February 26, 2026

Decided:  April 17, 2026

Before KING, QUATTLEBAUM, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher Jonas Brooks, Appellant Pro Se.  Robert Carpenter, ALLEN STAHL & KILBOURNE, PLLC, Asheville, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Jonas Brooks appeals the district court's order granting Defendants' Motion to Enforce Settlement Agreement and denying Brooks' Motion for Sanctions Pursuant to Rule 11. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order and judgment. *Brooks v. Asheville Detox, LLC*, No. 1:25-cv-00058-MOC-WCM (W.D.N.C. July 28, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*